UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOSE ZARAGOZA | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Case No. CV413-259 |
| | ) |
| MARINE TRANSPORT, INC. | ) |
| GREG R. MEDEIROS | ) |
| MARINE INTERMODAL TRANSPORT | ) |
| LLC, d/b/a MARINE TRANSPORT, LLC | ) |
| NATIONAL INTERSTATE INSURANCE | ) |
| COMPANY OF HAWAII, INC. | ) |
| | ) |
| Defendants | ) |

## ORDER

The Court having reviewed and considered the petition of Jeffrey S. Gilbert of the law firm of Jeffrey S. Gilbert, 3151 Maple Drive N.E., Suite 225, Atlanta, Georgia 30305, for permission to appear pro hac vice on behalf of plaintiff Jose Zaragoza, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jeffrey S. Gilbert as counsel of record for plaintiff Jose Zaragoza, in this case.

**SO ORDERED** this __5th__ day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA