UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOSE ZARAGOZA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. CV413-259 |
| | ) | |
| MARINE TRANSPORT, INC. | ) | |
| GREG R. MEDEIROS | ) | |
| MARINE INTERMODAL TRANSPORT | ) | |
| LLC, d/b/a MARINE TRANSPORT, LLC | ) | |
| NATIONAL INTERSTATE INSURANCE | ) | |
| COMPANY OF HAWAII, INC. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

The Court having reviewed and considered the petition of Robert A. Freyre of the law firm of Robert A. Freyre, 5400 Laurel Springs Parkway, Building 700, Suite 704, Suwanee, Georgia 30024 for permission to appear pro hac vice on behalf of plaintiff Jose Zaragoza, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Robert A. Freyre as counsel of record for plaintiff Jose Zaragoza, in this case.

**SO ORDERED** this  5th  day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA