IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSE ZARAGOZA,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        CASE NO. CV413-259
                                        )
MARINE TRANSPORT, INC.; GREG R.         )
MEDEIROS; MARINE INTERMODAL             )
TRANSPORT, LLC, d/b/a Marine            )
Transport, LLC; and NATIONAL            )
INTERSTATE INSURANCE COMPANY OF         )
HAWAII, INC.;                           )
                                        )
        Defendants.                     )
                                        )

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal.

(Doc. 24.)   In this motion, the parties seek to dismiss with prejudice

all claims against Defendant National Interstate Insurance Company of

Hawaii, Inc. ("National Interstate").   (Id. at 1.)   Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may

dismiss an action by filing "a stipulation of dismissal signed by all

parties who have appeared."   As requested, Plaintiff's claims against

Defendant National Interstate are **DISMISSED WITH PREJUDICE**.   As a

result, Defendant National Interstate's Motion for Summary Judgment

(Doc. 17) is **DISMISSED AS MOOT**.

        SO ORDERED this 26th day of September 2014.


                            _____
                            WILLIAM T. MOORE, JR.
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF GEORGIA